IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LESAMUEL PALMER,**
**D.O.C. # L41847,**

    *Plaintiff,*

v.   Case No.: 4:25cv350-MW/MAF

**W. GREEN, et al.,**

    *Defendants.*
_____/

### ORDER ACCEPTING IN PART AND REJECTING IN PART
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted in part, insofar as this Court exercises its inherent authority to manage its docket and dismiss Plaintiff's case for failure to truthfully disclose his litigation and failure to submit the filing fee at the same time the complaint was submitted.** This Court **rejects** the recommendation to dismiss this case as malicious pursuant to 28 U.S.C. § 1915A(b)(1). The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket,

based on Plaintiff's failure to truthfully disclose his litigation history and his failure, as a three-striker, to submit the filing fee at the same time the complaint was submitted." The Clerk shall close the file.

**SO ORDERED on September 17, 2025.**

*s/Mark E. Walker*  
**United States District Judge**
